IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAYSEN C. MCCLEARY and BELA ANIMAL LEGAL DEFENSE AND RESCUE,<br><br>Defendant. | CV 22-129-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 2nd day of August, 2022.

Kathleen L. DeSoto
United States Magistrate Judge