Cory R. Laird
Riley M. Wavra
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:   (406) 541-7414
Email:        claird@lairdcowley.com
              rwavra@lairdcowley.com

Attorneys for Jaysen C. McCleary and Bela Animal Legal Defense and

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAYSEN C. MCCLEARY and BELA ANIMAL LEGAL DEFENSE AND RESCUE,<br><br>Defendants. | Case No. CV-22-00129-DLC<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

COME NOW, Defendants Jaysen C. McCleary ("Mr. McCleary") and Bela Animal Legal Defense and Rescue ("Bela") (collectively "Defendants"), and respectfully submit this Rule 7.1 Disclosure Statement.  Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendants respectfully state as follows:

(1)   Mr. McCleary is a citizen of Iowa; and

(2)   Bela is a citizen of Iowa.

DATED this 12th day of December, 2022.

                                LAIRD COWLEY, PLLC

                  By:   /s/ Riley M. Wavra
                          Riley M. Wavra
                          Attorneys for Jaysen C. McCleary and
                          Bela Animal Legal Defense and
                          Rescue