IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAYSEN C. MCCLEARY and BELA ANIMAL LEGAL DEFENSE AND RESCUE,<br><br>Defendants. | CV 22–129–M–DLC<br><br>ORDER |

Before the Court is Defendants' Unopposed Motion for Partial Stay. (Doc. 6.) Defendants ask this Court to stay adjudication of the duty to indemnify question in this case, pending final resolution of the lawsuit captioned as *Aynsley Starbuck and Thomas Starbuck v. Jaysen McCleary*, Case No. LACL143177, *see also* Iowa Supreme Court No. 21-1900, currently pending in the Iowa state court system ("the LACL143177 action"), except that if the Court determines that there is no duty to defend prior to final resolution of the LACL143177 action, then this stay shall be automatically lifted. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the motion (Doc. 6) is GRANTED.

IT IS FURTHER ORDERED that any duty to indemnify issue presented by this case is STAYED, pending final resolution of the LACL143177 action by the Iowa state court system, except that if this Court determines there is no duty to defend, before such resolution occurs, then this stay shall be automatically lifted.

1

DATED this 20th day of December, 2022

                                                            Dana L. Christensen, District Judge
                                                            United States District Court