IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAYSEN C. MCCLEARY and BELA ANIMAL LEGAL DEFENSE AND RESCUE,<br><br>Defendants. | CV 22–129–M–DLC<br><br><br>AMENDED ORDER |

Before the Court is Plaintiff's Unopposed Motion for Mediation. (Doc. 32.) The parties request that this Court refer the above-captioned matter to a United States Magistrate Judge for the purposes of conducting a mediation. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the motion (Doc. 32) is GRANTED. The above-captioned matter is referred to Magistrate Judge John Johnston for the sole purposes of conducting a mediation.

The Clerk of Court shall notify Judge Johnston of the entry of this Order.

Dated this 20th day of December, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1