IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAYSEN C. MCCLEARY and BELA ANIMAL LEGAL DEFENSE AND RESCUE,<br><br>Defendants. | CV 22–129–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Joint Motion to Vacate Scheduling Conference and for Withdrawal of Referral to United States Magistrate Judge John T. Johnston. (Doc. 38.) Through this Motion, the Parties request that the Court vacate the scheduling conference scheduled for January 10, 2024, at 11:00 a.m. (*Id.* at 1.) The Parties also request that the Court withdraw the mediation referral to United States Magistrate Judge John T. Johnston. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 38) is GRANTED. The Court's prior referral (Doc. 34) is WITHDRAWN and the previously set mediation scheduling conference is VACATED. This case remains assigned to the Honorable Dana L. Christensen for all further proceedings.

Dated this 10th day of January, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court