IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JAYSEN MCCLEARY and BELA ANIMAL LEGAL DEFENSE AND RESCUE,<br><br>Defendants. | CV 22–129–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' Unopposed Motion for Dismissal with Prejudice. (Doc. 61.) Through the Motion, Defendants request that the Court dismiss this case with prejudice, each party to bear its own attorney's fees.

Accordingly, IT IS ORDERED that the Motion (Doc. 61) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear their own attorney's fees and costs.

DATED this 4th day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1